UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY C. WATSON, HENRY A.
BUERO, and JOSEPH J. PETRO,

       Plaintiffs,                         Case Number 16-11450
                                                  Honorable David M. Lawson
v.

UTILITY LINES CONSTRUCTION
SERVICES, INC.,

       Defendant.
_____/

**ORDER DISMISSING ORDER TO SHOW CAUSE**

On May 31, 2016, the Court entered an order for the plaintiffs either to show cause why the matter should not be dismissed for want of jurisdiction, or to file an amended complaint alleging proper facts sufficiently to justify their invocation of this Court's diversity jurisdiction. On June 3, 2016, the plaintiffs filed an amended complaint in which they allege that the plaintiffs are citizens of the State of Michigan, the defendant is a Pennsylvania corporation with its principal place of business in Pennsylvania, and the plaintiffs seek damages for allegedly unlawful age discrimination that exceed the jurisdictional threshold of $75,000. The Court has reviewed the defendants' amended pleading and finds that the revised allegations adequately address the Court's jurisdictional concerns. The Court therefore will dismiss the order to show cause.

Accordingly, it is **ORDERED** that the order to show cause entered on May 31, 2016 is **DISMISSED**.

                                                   s/David M. Lawson
                                                 DAVID M. LAWSON
                                                 United States District Judge

Dated: June 8, 2016

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 8, 2016.

                                           s/Susan Pinkowski
                                           SUSAN PINKOWSKI